# In The United States Court of Federal Claims

No. 96-74T

(Filed: March 8, 2006)

---

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 23, 2006, the parties filed a joint status report indicating, *inter alia*, that:

(i) The only issue remaining in this case is the computation of plaintiff's tax liability with respect to the 1991 taxable year;

(ii) On October 12, 2004, plaintiff provided the IRS a proposed methodology to compute the nonaccrual experience method exclusion for all taxable periods prior to and pending before the Court of Federal Claims and the Tax Court;

(iii) On February 8, 2005, plaintiff provided computations using this methodology for each taxable period;

(iv) On May 2, 2005, the IRS requested revised computations;

(v) On November 4, 2005, plaintiff provided its revised tax liability for its 1989 – 1991 taxable years;

(vi) Assuming the IRS accepts plaintiff's revised computations, final tax computations for the 1991 taxable year should be complete.

Based upon its review of this report, the parties shall file a joint status report regarding the status of settlement on or before April 7, 2006, and every 28 days thereafter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge