IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Plaintiff respectfully requests an extension of time to file a joint status report in this case and states as follows:

1. The Court issued an Order dated March 8, 2006 requiring the parties to report on the status of settlement on or before April 7, 2006 and every 28 days thereafter.

2. The parties have timely filed each such status report required pursuant to the Court's Order.

3. The next status report in this case is due today, September 22, 2006.

4. Because of the timing of a religious observance that begins tonight, plaintiff's counsel was unable to complete the status report for timely filing by today.

5. Plaintiff seeks an extension to file the status report that was otherwise due on September 22, 2006 on Monday, September 25, 2006.

6. Plaintiff's counsel left a message with defendant's counsel regarding this extension but, as of the time of the filing of this motion, had not heard back.

WHEREFORE, plaintiff requests that the Court grant plaintiff's motion to extend the time for filing the status report until September 25, 2006.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

September 22, 2006