# In The United States Court of Federal Claims

No. 96-74T

(Filed: October 27, 2006)

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Wednesday, November 8, 2006, at 2:00 p.m. (EST). Chambers will contact the chambers shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge