# In The United States Court of Federal Claims

No. 96-74T

(Filed: November 7, 2006)

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference that was originally scheduled for November 8, 2006, has been rescheduled to Friday, November 17, 2006 at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge