IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated March 8, 2006 requiring the parties to report on the status of settlement on or before April 7, 2006 and every 28 days thereafter, the parties present the following joint status report:

1. The only issue remaining in this case is the completion of the computations of plaintiff's tax liability with respect to the 1991 taxable year at issue in this case.

2. As explained in prior joint status reports, the IRS Examination Division and plaintiff (now known as HCA Inc. ("HCA")) reached agreement on September 22, 2006, regarding the computation of HCA's taxable income for the 1989 - 1991 taxable years, as set forth in the revised draft audit report issued by the IRS Examination Division on September 22, 2006.

3. The parties held a status conference with the Court on November 17, 2006, during which the Court instructed the parties to proceed expeditiously in processing the settlement of plaintiff's tax liability for the 1991 taxable year at issue in this case.

4. On December 12, 2006, HCA and the Internal Revenue Service completed the documentation that resolved the 1989 and 1990 taxable years.

5. As a result, on December 14, 2006, plaintiff made an offer to defendant to settle the 1991 taxable year based on a revised Form 4549-A reflecting tax computations agreed to by the IRS and HCA.

6. The Tax Division of the Department of Justice will now review the tax computations with respect to the 1991 taxable year, following which Joint Committee on Taxation review will be required.

7. Pursuant to the Court's Order dated March 8, 2006, the parties will file a status report on or before January 12, 2007.

8. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

December 15, 2006