IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated March 8, 2006 requiring the parties to report on the status of resolution of this case on or before April 7, 2006 and every 28 days thereafter, the parties present the following joint status report:

1. The only issue remaining in this case is the completion of the computations of plaintiff's tax liability with respect to the 1991 taxable year at issue in this case.

2. The parties held a status conference with the Court on November 17, 2006, during which the Court instructed the parties to proceed expeditiously in processing the resolution of plaintiff's tax liability for the 1991 taxable year.

3. On December 12, 2006, HCA and the Internal Revenue Service completed the documentation that resolved the 1989 and 1990 taxable years for HCA-Hospital Corporation of America and Subsidiaries.

4. On December 14, 2006, plaintiff made a proposal to defendant to finalize plaintiff's tax liability for the 1991 taxable year based on a revised Form 4549-A reflecting tax computations agreed to by the IRS and HCA on September 22, 2006.

5. On December 15, 2006, defendant's counsel sent a letter to plaintiff's counsel seeking confirmation of the terms of plaintiff's proposal. On December 22, 2006, plaintiff's counsel countersigned the letter and returned it to defendant's counsel.

6. Also on December 15, 2006, defendant's counsel sent a copy of plaintiff's proposal to IRS Chief Counsel, requesting his views and asking for an updated transcript of account, without which the Justice Department's Office of Review cannot process the proposal.

7. On January 12, 2007, defendant's counsel forwarded a memorandum and supporting materials through his superior to the Justice Department's Office of Review, which will consider the proposal in detail and refer it to the officials in the Department who have authority to finalize dispositions of this magnitude. Upon completion of this review, Joint Committee on Taxation review of the disposition will also be required.

8. Pursuant to the Court's Order dated March 8, 2006, the parties will file a status report on or before February 9, 2007.

9. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

January 12, 2007