IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated March 8, 2006 requiring the parties to report on the status of resolution of this case on or before April 7, 2006 and every 28 days thereafter, the parties present the following joint status report:

1. The only issue remaining in this case is the completion of the computations of plaintiff's tax liability with respect to the 1991 taxable year at issue in this case.

2. On December 12, 2006, HCA and the Internal Revenue Service completed the documentation that resolved the 1989 and 1990 taxable years for HCA-Hospital Corporation of America and Subsidiaries.

3. On December 14, 2006, plaintiff made a proposal to defendant to finalize plaintiff's tax liability for the 1991 taxable year based on a revised Form 4549-A reflecting tax computations agreed to by the IRS and HCA on September 22, 2006.

4. On December 15, 2006, defendant's counsel sent a letter to plaintiff's counsel seeking confirmation of the terms of plaintiff's proposal. On December 22, 2006, plaintiff's counsel countersigned the letter and returned it to defendant's counsel.

5. Also on December 15, 2006, defendant's counsel sent a copy of plaintiff's proposal to IRS Chief Counsel, requesting his views and asking for an updated transcript of account.

6. On January 12, 2007, defendant's counsel forwarded a memorandum and supporting materials through his superior to the Justice Department's Office of Review for consideration of the proposal.

7. On March 7, 2007, following various discussions by the parties with the IRS Chief Counsel's office, the IRS Examination Division and the Justice Department's Office of Review, plaintiff's counsel sent to defendant's counsel an amendment to its December 14, 2006 proposed resolution of plaintiff's tax liability for the 1991 taxable year.

8. Subsequently, the IRS Chief Counsel's office forwarded to the Justice Department its recommendation with respect to plaintiff's proposed resolution of its tax liability for the 1991 taxable year.

9. On April 16, 2007, the Department of Justice Office of Review referred plaintiff's proposed resolution of its 1991 tax liability to the Deputy Assistant Attorney General for consideration. Following such review, the proposed resolution will be forwarded to other Department of Justice officials who are authorized to approve such resolutions. Upon completion of the Department of Justice consideration of the proposed resolution, Joint Committee on Taxation review of the disposition will also be required.

10. Pursuant to the Court's Order dated March 8, 2006, the parties will file a status report on or before June 1, 2007.

11. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

May 4, 2007