IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated March 8, 2006 requiring the parties to report on the status of resolution of this case on or before April 7, 2006 and every 28 days thereafter, the parties present the following joint status report:

1. The only issue remaining in this case is the completion of the computations of plaintiff's tax liability with respect to the 1991 taxable year at issue in this case.

2. On December 12, 2006, plaintiff (now known as HCA Inc.) and the Internal Revenue Service completed documentation to resolve the 1989 and 1990 taxable years for HCA-Hospital Corporation of America and Subsidiaries.

3. On December 14, 2006, HCA made a proposal to defendant to finalize plaintiff's tax liability for the 1991 taxable year based on a revised Form 4549-A reflecting tax computations agreed to by the IRS and HCA on September 22, 2006.

4. On December 15, 2006, defendant's counsel sent a letter to HCA's counsel seeking confirmation of the terms of plaintiff's proposal. On December 22, 2006, HCA's counsel countersigned the letter and returned it to defendant's counsel.

5. Also on December 15, 2006, defendant's counsel sent a copy of plaintiff's proposal to IRS Chief Counsel, requesting his views and asking for an updated transcript of account.

6. On January 12, 2007, defendant's counsel forwarded a memorandum and supporting materials through his superior to the Justice Department's Office of Review for consideration of plaintiff's proposal.

7. On March 7, 2007, following various discussions by the parties with the IRS Chief Counsel's office, the IRS Examination Division and the Justice Department's Office of Review, HCA's counsel sent to defendant's counsel an amendment to its December 14, 2006 proposed resolution of plaintiff's tax liability for the 1991 taxable year.

8. Subsequently, the IRS Chief Counsel's office forwarded to the Justice Department its recommendation with respect to plaintiff's proposed resolution of its tax liability for the 1991 taxable year.

9. On April 16, 2007, the Department of Justice Office of Review referred plaintiff's proposed resolution of its 1991 tax liability to the Deputy Assistant Attorney General for consideration. Subsequently, the proposed resolution was forwarded to the Assistant Attorney General for consideration.

10. By letter dated May 7, 2007, the Department of Justice Office of Review informed plaintiff that the proposed resolution had been referred to the Joint Committee on Taxation.

11. By letter dated June 25, 2007, defendant's counsel informed plaintiff's counsel that the Joint Committee on Taxation has no objections to the proposed resolution of plaintiff's tax liability for the 1991 taxable year and that the Attorney General had accordingly accepted plaintiff's proposal. Defendant's letter further enclosed for plaintiff's review and comment (i) proposed prior assessed interest computations and (ii) a draft stipulation of dismissal. The letter also indicated that overpayment interest computations would be determined upon resolution of the prior assessed interest computations.

12. Once plaintiff has completed its review and the parties have reached agreement regarding the interest computations, the parties will execute and file a stipulation with the Court to dismiss the case.

13. Pursuant to the Court's Order dated March 8, 2006, the parties will file a status report on or before July 27, 2007.

14. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

June 29, 2007