IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

IN RESPONSE to this Court's Order dated March 8, 2006 requiring the parties to report on the status of resolution of this case on or before April 7, 2006 and every 28 days thereafter, the parties present the following joint status report:

1. The only issue remaining in this case is the completion of the computations of plaintiff's tax liability with respect to the 1991 taxable year at issue in this case.

2. On December 14, 2006, plaintiff (now known as HCA Inc.) made a proposal to defendant to finalize plaintiff's tax liability for the 1991 taxable year based on a revised Form 4549-A reflecting tax computations agreed to by the IRS and HCA on September 22, 2006.

3. On March 7, 2007, following various discussions by the parties with the IRS Chief Counsel's office, the IRS Examination Division and the Justice Department's Office of Review, HCA's counsel sent to defendant's counsel an amendment to its

December 14, 2006 proposed resolution of plaintiff's tax liability for the 1991 taxable year.

4. On April 16, 2007, the Department of Justice Office of Review referred plaintiff's proposed resolution of its 1991 tax liability to the Deputy Assistant Attorney General for consideration. Subsequently, the proposed resolution was forwarded to the Assistant Attorney General for consideration.

5. By letter dated June 25, 2007, defendant's counsel informed plaintiff's counsel that the Joint Committee on Taxation has no objections to the proposed resolution of plaintiff's tax liability for the 1991 taxable year and that plaintiff's proposal had accordingly been accepted on behalf of the Attorney General. Defendant's letter further enclosed for plaintiff's review and comment (i) proposed prior assessed interest computations and (ii) a draft stipulation of dismissal. The letter also indicated that overpayment interest computations would be determined upon resolution of the prior assessed interest computations.

6. On July 23, 2007, plaintiff forwarded to defendant proposed changes to the prior assessed interest computations and further requested a discussion with defendant and the IRS about those computations and the overpayment interest computations.

7. Once the parties have reached agreement regarding the interest computations and the refund accordingly is issued to plaintiff, the parties will execute and file a stipulation with the Court to dismiss the case.

8. Pursuant to the Court's Order dated March 8, 2006, the parties will file a status report on or before August 24, 2007.

9. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

July 27, 2007