# In The United States Court of Federal Claims

No. 96-74T

(Filed: September 5, 2007)

---

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Wednesday, September 19, 2007, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge