# In The United States Court of Federal Claims

No. 96-74T

(Filed: September 19, 2007)

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 19, 2007, a status conference was held in this case. Participating in the conference were Mr. Felix Benjamin Laughlin, on behalf of plaintiff, and Mr. Robert Charles Stoddart, on behalf of defendant. The court expressed its desire for the parties to accelerate the computation of interest in this case. The parties discussed methods for meeting this objective. Pursuant to these discussions, on or before September 28, 2007, the parties shall file a joint status report discussing how they plan to proceed with settlement in the case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge