IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated September 19, 2007 requiring the parties to report on or before September 28, 2007 the status of discussions concerning the interest computations in this case, the parties present the following joint status report:

1. On September 19, 2007, the parties held a conference call with the Court regarding the parties' discussions concerning the computation of interest with respect to the agreed amount of overpayment of tax owed to plaintiff with respect to the 1991 taxable year at issue, which was the only issue remaining in this case. During the conference call, the Court encouraged the parties to accelerate their efforts in resolving the interest computations.

2. Following the conference call with the Court, the parties exchanged additional information concerning the computation of deficiency and overpayment interest. As a result of such correspondence, the parties have now reached agreement concerning the total amount of the deficiency and overpayment interest owed to plaintiff through September 30, 2007 based on a spreadsheet prepared by defendant and faxed to

plaintiff's counsel on September 25, 2007. The amount of the overpayment interest will need to be subsequently increased through the date payment is actually made to plaintiff.

3. The parties will finalize and execute the appropriate stipulation and other documentation and file the same with the Court to dismiss the case following payment of the refund to plaintiff.

4. If the parties have not otherwise finalized the stipulation and other documentation for dismissal of the case by October 26, 2007, the parties are prepared to file a further joint status report with the Court if so ordered.

5. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dbllp.com

Counsel for Plaintiff

September 28, 2007