# In The United States Court of Federal Claims

No. 96-74T

(Filed: October 1, 2007)

---

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 28, 2007, the parties filed a joint status report in this case. In the report, the parties notified the court of their agreement concerning the deficiency and overpayment interest owed to plaintiff. The parties also indicated to the court that a stipulation and other necessary documentation would be filed with the court on or before October 26, 2007. Accordingly, on or before October 26, 2007, the parties shall file either the referenced stipulation and other necessary documentation or a joint status report indicating when this matter will be resolved.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge