IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dl.com

Counsel for Plaintiff

October 1, 2007

DC1 243025v1