IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

IN RESPONSE to this Court's Order dated October 1, 2007 requiring the parties to report on or before October 26, 2007 the timing for the resolution of this case, the parties present the following joint status report:

1. On October 22, 2007, defendant called plaintiff's counsel to report that the Internal Revenue Service had issued a check dated October 11, 2007, representing the amount of the agreed overpayment of tax and related deficiency and overpayment interest owed to plaintiff.

2. During the call mentioned above, plaintiff's counsel requested from defendant documentation reconciling the amount of the refund check to the deficiency and overpayment interest previously agreed by the parties. Defendant agreed to obtain such documentation and provide it to plaintiff for review.

3. Upon plaintiff's receipt of the reconciliation referenced in paragraph 2 and confirmation that the refund check accurately reflects the agreed deficiency and overpayment interest, the parties have agreed that plaintiff's counsel will provide

defendant's counsel with an executed stipulation of dismissal and defendant's counsel will provide the refund check to plaintiff's counsel.

4. If the parties have not otherwise filed the stipulation of dismissal by November 16, 2007, the parties will file a further joint status report with the Court if so ordered.

5. Defendant's counsel has authorized plaintiff's counsel to file this as a Joint Status Report.

Respectfully submitted,

s/ Felix B. Laughlin

Felix B. Laughlin
DEWEY & LEBOEUF LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dl.com

Counsel for Plaintiff

October 26, 2007