# In The United States Court of Federal Claims

No. 96-74T

(Filed: October 29, 2007)

COLUMBIA/HCA HEALTHCARE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 26, 2007, the parties filed a joint status report in this case. In the report, the parties notified the court that the Internal Revenue Service has issued a check to the plaintiff and that the defendant is awaiting an executed stipulation of dismissal. Accordingly, on or before November 28, 2007, the parties shall file either the referenced stipulation or a joint status report indicating when this matter will be resolved.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge