IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 96-74T
(Judge Allegra)

COLUMBIA/HCA HEALTHCARE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

FELIX B. LAUGHLIN
DEWEY & LEBOEUF LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 862-1040
(202) 862-1041 (fax)
email: flaughlin@dl.com

Counsel for Plaintiff

11/26/07

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6445
(202) 514-9440 (fax)

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section

Of Counsel